UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE MASSACHUSETTS INSTITUTE FOR A NEW COMMONWEALTH, ) ) ) | 2005 MAR -7 P 2: 55 |
| Plaintiff, ) | U.S. DISTRICT COURT DISTRICT OF MASS. |
| v. ) ) | Civil Action No. |
| NICHE MEDIA HOLDINGS, LLC and NICHE MEDIA LLC, ) ) ) | |
| Defendants. ) ) | |

### LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Plaintiff The Massachusetts Institute For A New Commonwealth ("MassINC") has no parent corporation and there is no publicly held company which owns 10% or more of its stock.

THE MASSACHUSETTS INSTITUTE FOR A NEW COMMONWEALTH

_____
Michael Boudett, BBO 558757
John L. Welch, BBO 522040
Foley Hoag LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
617/832-1000