AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 29 A 11:52

U.S. DISTRICT COURT
DISTRICT OF MASS

THE MASSACHUSETTS INSTITUTE FOR A NEW COMMONWEALTH,

        Plaintiff,

V.

NICHE MEDIA HOLDINGS, LLC,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-10422 PBS**

TO: NICHE MEDIA, LLC
275 Park Avenue South, 5th Floor
New York, NY 10110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Michael Boudett
    FOLEY HOAG LLP
    155 Seaport Blvd
    Boston, MA  02109

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

DATE  3-7-05

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------X
**THE MASSACHUSETTS INSTITUTE FOR
A NEW COMMONWEALTH,**
        Plaintiff(s),

   -against-

**NICHE MEDIA HOLDINGS, LLC,**
        Defendant(s).
-------------------------------------------------------X

FILED
IN CLERKS OFFICE

2005 MAR 29  A 11: 52

Index No. 05-104 22 PBS
U.S. DISTRICT COURT
DISTRICT OF MASS
AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                S.S.:
COUNTY OF NEW YORK)

       **HECTOR FIGUEROA**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by the attorney service, DLS, INC.

       That on the 21st day of March 2005, at approximately 12:40 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, JURY TRIAL DEMANDED, LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT AND CIVIL COVER SHEET** upon Niche Media, LLC at 257 Park Avenue South, 5th floor, New York, NY 10110, by personally delivering and leaving the same with Caryn Whitman, COO, who informed deponent that she is an agent authorized by appointment to receive service at that address.

       Caryn Whitman is a white female, approximately 30 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 130 pounds with red hair and light eyes.

**HECTOR FIGUEROA #870141**

Sworn to before me this
 23rd day of **March**, 2005

NOTARY PUBLIC

EDWARD DANIEL GOLDMAN
Notary Public, State Of New York
No. 31-5062405
Qualified In NY County
Certificate Filed In New York County
Commission Expires July 1, 2006