UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE MASSACHUSETTS INSTITUTE FOR A NEW COMMONWEALTH,<br><br>          Plaintiff,<br><br>          v.<br><br>NICHE MEDIA HOLDINGS, LLC and NICHE MEDIA LLC,<br><br>          Defendants. | Civil Action No.<br>05-10422 PBS |

**ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT**

     Pursuant to Fed.R.Civ.P. Rule 6(b)(1), defendants hereby move, <u>with assent</u>, that the time for defendants to move, answer or otherwise respond to the complaint be extended to and including April 21, 2004.

     WHEREFORE, the parties having agreed to the foregoing schedule, defendants respectfully request that this assented-to motion be granted.

Respectfully submitted,

NICHE MEDIA HOLDINGS, LLC and
NICHE MEDIA LLC
By their attorneys,

 /s/ Mark P. Szpak_____
Mark P. Szpak (BBO #546261)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

ASSENTED TO:

 /s/ John L. Welch  (by MPS)_____
Michael Boudett, (BBO 558757)
John L. Welch, (BBO 522040)
Foley Hoag LLP
World Trade Center West, 155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1000

Date:  April 11, 2005

9696893_1.DOC