UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE MASSACHUSETTS INSTITUTE FOR A NEW COMMONWEALTH,<br><br>            Plaintiff,<br><br>    v.<br><br>NICHE MEDIA HOLDINGS, LLC and NICHE MEDIA LLC,<br><br>            Defendants. | Civil Action No.<br>05-10422 PBS |

**ASSENTED-TO MOTION TO FURTHER ENLARGE TIME
TO RESPOND TO COMPLAINT**

Pursuant to Fed.R.Civ.P. Rule 6(b)(1), defendants hereby move, with assent, that the time for defendants to move, answer or otherwise respond to the complaint be further extended to and including May 2, 2005.

WHEREFORE, the parties having agreed to the foregoing schedule, defendants respectfully request that this assented-to motion be granted.

                                                    Respectfully submitted,

                                                    NICHE MEDIA HOLDINGS, LLC and
                                                    NICHE MEDIA LLC
                                                    By their attorneys,

                                                    /s/ Mark P. Szpak
                                                    Mark P. Szpak (BBO #546261)
                                                    ROPES & GRAY LLP
                                                    One International Place
ASSENTED TO:                              Boston, MA 02110
                                                    (617) 951-7000

/s/ John L. Welch  (by MPS)
Michael Boudett, (BBO 558757)
John L. Welch, (BBO 522040)
Foley Hoag LLP
World Trade Center West, 155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1000                                               Date:  April 21, 2005

9707240_1.DOC