UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                                                          |   |                              |
|---|---|---|
| THE MASSACHUSETTS INSTITUTE FOR A NEW COMMONWEALTH, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-10422 PBS |
| NICHE MEDIA HOLDINGS, LLC and NICHE MEDIA LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to FRCP 41(a)(1), this action is hereby dismissed without prejudice, each party to bear its own costs and attorney fees.

THE MASSACHUSETTS INSTITUTE
FOR A NEW COMMONWEALTH

_____
John L. Welch    BBO No. 522,040
Michael Boudett   BBO No. 558,757
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
617/832-1000